SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
KORTTNEY ELLIOTT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| KORTTNEY ELLIOTT, | **Case No.: 2:25-cv-07805-SPG (MBKx)** |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| vs. | |
| CINDY'S JUMPERS LLC; 7003 - 7021 ROSECRANS, LLC; and DOES 1 to 10, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff KORTTNEY ELLIOTT ("Plaintiff") and Defendant 7003 - 7021 ROSECRANS, LLC stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety.  Each party shall bear his/her/its own costs and attorneys' fees.

Pursuant to FRCP 41(a)(1), on September 26, 2025, a Notice of Voluntary Dismissal was filed as to Cindy's Jumpers, LLC, who did not serve an answer or a motion for summary judgment.  In light of the Notice of Voluntary Dismissal (Dkt. 18) and this Stipulation, the action should be dismissed with prejudice in its entirety, as to all parties and claims.

Respectfully submitted,

DATED:  October 29, 2025          SO. CAL. EQUAL ACCESS GROUP


By:   */s/  Jason J. Kim*
      Jason J. Kim
      Attorneys for Plaintiff


DATED:  October 29, 2025     BDG LAW GROUP, APLC


By:   */s/ O. Andrew Wheaton*
      O. Andrew Wheaton, Esq.
      Attorneys for Defendant
      7003 - 7021 ROSECRANS, LLC

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated:  October 29, 2025          By: */s/ Jason J. Kim*
                                      Jason J. Kim

-2-